IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **QUINCY MUTUAL FIRE INSURANCE COMPANY,**<br>            Plaintiff,<br><br>          v.<br><br>**IMPERIUM INSURANCE COMPANY,**<br>formerly known as "DELOS INSURANCE COMPANY,"<br>            Defendant. | CIVIL ACTION<br><br><br>NO. 14-612 |

## O R D E R

**AND NOW**, this 16th day of April, 2015, upon consideration of Plaintiff's Motion for Summary Judgment (Document No. 11, filed December 18, 2014); Plaintiff's Statement of Material Facts (Document No. 12, filed December 18, 2014); Defendant's Response in Opposition to Plaintiff's Statement of Material Facts (Document No. 17, filed January 30, 2015); Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment (Document No. 17-1; filed January 30, 2015); Defendant's Motion for Summary Judgment (Document No. 15, filed January 30, 2015); Quincy Mutual Fire Insurance Company's Response to Imperium Insurance Company's Motion for Summary Judgment and Reply Brief in Support of Quincy Mutual's Motion for Summary Judgment (Document No. 20, filed February 12, 2015); and Defendant's Reply Brief in Further Support of its Motion for Summary Judgment (Document No. 23, filed February 25, 2015), for the reasons set forth in the accompanying Memorandum dated April 16, 2015, **IT IS ORDERED** that Plaintiff's Motion for Summary Judgment is **DENIED**, Defendant's Motion for Summary Judgment is **GRANTED**, and **JUDGMENT IS ENTERED IN FAVOR** of defendant, Imperium Insurance Company, and **AGAINST** plaintiff, Quincy Mutual Fire Insurance Company.

2

It is **FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**